**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TRACY DALE KNIGHT,**                                                                                          **PLAINTIFF**

v.                                                       **3:11CV00252 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                                    **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Tracy Dale Knight.

DATED this 12th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE